

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIKTORIYA KUCHIRKO

        Plaintiff

-vs-

HSBC BANK NEVADA, N.A. and
HSBC NORTH AMERICA HOLDINGS INC.

        Defendants

---

**STIPULATION**

08-CV-6253 (DC)

    It is stipulated and agreed, by and between counsel of record for the plaintiff and defendants as follows:

    1.    This action is hereby dismissed with prejudice and on the merits against defendant HSBC North America Holdings Inc., without costs or attorneys' fees;

    2.    Undersigned counsel will accept service of the complaint on behalf of defendant HSBC Bank Nevada, N.A.

    3.    HSBC Bank Nevada, N.A. will have thirty (30) days from receipt of the complaint to answer or otherwise respond to it.

Dated: New York, New York
       August 11, 2008

LAW OFFICES OF IGOR NIMAN

By: _____
    Igor Niman, Esq.
Attorneys for Plaintiff
1909 East 17th Street
Brooklyn, New York 11229
Telephone No. (718) 382-1689

PHILLIPS LYTLE LLP

By: _____
Preston L. Zarlock, Esq. (PZ 8313)
Attorneys for Defendants
Suite 3400
One HSBC Center
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
pzarlock@phillipslytle.com

Doc # 01-2236545.1

SO ORDERED.

USDJ
8/15/08