UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

VIKTORIYA KUCHIRKO

        Plaintiff

-vs-

HSBC BANK NEVADA, N.A.

        Defendant
_____

**NOTICE OF APPEARANCE**

08-CV-6253

        PLEASE TAKE NOTICE that Preston L. Zarlock of Phillips Lytle LLP has been retained by and appears in this action as counsel for defendant HSBC Bank Nevada, N.A. and demands that all papers in this action be served upon him at the e-mail address set forth below.

Dated: Buffalo, New York
      August 27, 2008

        PHILLIPS LYTLE LLP

        By:    \s\ Preston L. Zarlock
                Preston L. Zarlock, Esq. (PZ 8313)
        Attorneys for Defendant
        Suite 3400
        One HSBC Center
        Buffalo, New York  14203-2887
        Telephone No. (716) 847-8400
        pzarlock@phillipslytle.com

TO:    LAW OFFICES OF IGOR NIMAN
        Igor Niman, Esq.
        Attorneys for Plaintiff
        1909 East 17th Street
        Brooklyn, New York  11229
        Telephone No. (718) 382-1689

Doc # 01-2237102.1