UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────────

VIKTORIYA KUCHIRKO

             Plaintiff

-vs-

                                              08-CV-6253

HSBC BANK NEVADA, N.A.

             Defendant

─────────────────────────────────────────

### Fed. R. Civ. P. 7.1 CORPORATE DISCLOSURE STATEMENT

        Pursuant to Fed. R. Civ. P. 7.1, defendant HSBC Bank Nevada, N.A. submits this

disclosure statement identifying any parent corporation and any publicly held corporation that

owns 10 percent or more of defendant's stock.

        1.        HSBC Bank Nevada, N.A. is a subsidiary of HSBC Finance Corporation

(f/k/a Household International, Inc.) which is indirectly owned by HSBC Holdings plc, a United

Kingdom corporation.  HSBC Holdings shares are traded in the United States as American

Depository Shares on the New York Stock Exchange.  Additionally, preferred shares and debt

securities of various HSBC, Household International, Inc., Household Finance Corporation and

Beneficial Corporation entities are also publicly traded in the United States.

Dated:  Buffalo, New York
        August 27, 2008

PHILLIPS LYTLE LLP


By:     \s\ Preston L. Zarlock
        Preston L. Zarlock, Esq. (PZ 8313)
Attorneys for Defendant
Suite 3400
One HSBC Center
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
pzarlock@phillipslytle.com


TO:    LAW OFFICES OF IGOR NIMAN
       Igor Niman, Esq.
       Attorneys for Plaintiff
       1909 East 17th Street
       Brooklyn, New York  11229
       Telephone No. (718) 382-1689


Doc # 01-2236422.1