UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

VIKTORIYA KUCHIRKO

        Plaintiff

-vs-
                                  08-CV-6253

HSBC BANK NEVADA, N.A. and

        Defendant
_____

## CERTIFICATE OF SERVICE

        I hereby certify that on the 27th day of August, 2008, I electronically filed the foregoing Notice of Appearance and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

        LAW OFFICES OF IGOR NIMAN
        Igor Niman, Esq.
        Attorneys for Plaintiff
        1909 East 17th Street
        Brooklyn, New York  11229

        \s\ Preston L. Zarlock
        Preston L. Zarlock, Esq. (PZ 8313)
        Phillips Lytle LLP
        Suite 3400
        One HSBC Center
        Buffalo, New York  14203-2887
        Telephone No. (716) 847-8400
        pzarlock@phillipslytle.com

Doc # 01-2236431.1