```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
VIKTORIYA KUCHIRKO,                   :
                Plaintiff,            :
        - against -                   :    ORDER
HSBC BANK NEVADA, N.A.,               :    08 Civ. 6253 (DC)
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/09

**CHIN, District Judge**

       The time to complete discovery -- fact and expert -- is extended until June 5, 2009. The parties may move for summary judgment by July 3, 2009. Opposition shall be filed by July 24, 2009. Reply papers shall be filed by July 31, 2009.

       SO ORDERED.

Dated:    New York, New York
          April 7, 2009

                                            DENNY CHIN
                                            United States District Judge