```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
VIKTORIYA KUCHIRKO,                  :
                 Plaintiff,          :
         - against -                 :      ORDER
HSBC BANK NEVADA, N.A.,              :      08 Civ. 6253 (DC)
                 Defendant.          :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/09

**CHIN, District Judge**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         December 1, 2009

_____
DENNY CHIN
United States District Judge